# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

129127

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HURON VALLEY SCHOOLS, and
ROBERT M. O'BRIEN,
        Plaintiffs-Appellants,

and

MICHIGAN EDUCATION ASSOCIATION,
HURON VALLEY EDUCATION
ASSOCIATION, and UTICA EDUCATION
ASSOCIATION,
        Plaintiffs,

v

SECRETARY OF STATE,
        Defendant-Appellee.

SC: 129127
COA: 253649
Ingham CC: 00-092488-AZ

_____/

On order of the Court, the application for leave to appeal the June 7, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk